**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Mark R. Sheafer ) | CHAPTER 7 |
| ) | CASE NO. 20-13895-JGR |
| Jessica M. Sheafer ) | |
| ) | |
| Debtors. ) | |

**UNCLAIMED FUNDS**

| Case No. | Debtor Name | Check No. | Amount | Claim No. | Claimant |
|---|---|---|---|---|---|
| 20-13895 | Sheafer, Mark R. | 108 | $2,275.44 | 6 | Navy Federal CU<br>Po Box 3000<br>Merrifield, VA 88119 |

Dated this March 3, 2022.

Respectfully submitted,

*/s/ Robertson B. Cohen*
Robertson B. Cohen, Chapter 7 Trustee
1720 S Bellaire Street, Ste 205
Denver, Colorado 80222
Telephone: (303) 933-4529
Email: trusteecohen@cohenlawyers.com